**MINUTE ENTRY**
**ROBY, M.J.**
**March 9, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL MIRAGLIA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  16-03347** |
| **NEW ORLEANS CITY, ET AL** | **SECTION: "I" (4)** |

Appearances:   Andrew Bizer for Plaintiffs.
Olivia Truong for City of New Orleans.
Sundiata Haley for New Orleans Regional Transit Authority

## **MINUTE ENTRY**

The Court held a Status Conference on this date regarding the above captioned matter to discuss the ongoing St. Charles Streetcar Line accessibility project.   Counsel confirmed the project is completed. Therefore, this matter is concluded, and no further status conferences are required.

**MJSTAR: 00:10**